UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BERISH FREILICH : Case No.: 1:20-CV-05963
                Plaintiff, :
 :
- against - :
 :
 :
RELIN, GOLDSTEIN & CRANE, LLP, :
                Defendant. :
------------------------------------------------------------ X

# NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF AGAINSTS ALL DEFENDANTS PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismiss the pending action with prejudice.

Dated: April 6, 2021

    Brooklyn, New York

                                           /s/ Joseph Balisok_____
                                          Joseph Balisok, Esq.
                                           251 Troy Ave
                                           Brooklyn, NY 11213
                                           Office (718) 928-9607
                                           Fax (718) 534-9747
                                           Joseph@LawBalisok.com
                                           Attorney for Plaintiff